## CASE ANNOUNCEMENTS

*December 27, 2010*

[Cite as *12/27/2010 Case Announcements*, 2010-Ohio-6370.]

## RECONSIDERATION OF PRIOR DECISIONS

**2009–1507. Berry v. Javitch, Block & Rathbone, L.L.P.**

Cuyahoga App. No. 91723, 182 Ohio App.3d 795, 2009-Ohio-3067. Reported at 127 Ohio St.3d 480, 2010-Ohio-5772, 940 N.E.2d 1265. On motion for reconsideration. Motion denied.

BROWN, C.J., and FROELICH, J., dissent.

JEFFREY E. FROELICH, J., of the Second Appellate District, sitting for O'CONNOR, J.

**2010–1296. [State ex rel.] Huff v. O'Toole.**

In Mandamus. Reported at 127 Ohio St.3d 1608, 2010-Ohio-4979, 935 N.E.2d 52. On motion for reconsideration. Motion denied.

**2010–1311. State v. Colopy.**

Licking App. No. 09 CA 105, 2009-Ohio-2804. Reported at 127 Ohio St.3d 1445, 2010-Ohio-5762, 935 N.E.2d 1035. On motion for reconsideration. Motion denied.

BROWN, C.J., and O'DONNELL, J., dissent.